Decided February 24, 1994

JOSEPH L. LYNCH ET AL. *v.* GRANBY HOLDINGS, INC.

GRANBY HOLDINGS, INC. *v.* DANIEL L. LYNCH

The defendant Daniel L. Lynch's petition for certification for appeal from the Appellate Court, 32 Conn. App. 574 (AC 11222), is denied.

*Timothy Brignole,* in support of the petition.

*Andrea A. Hewitt,* in opposition.

Decided February 24, 1994